**SO ORDERED.**

**SIGNED this 24th day of March, 2016.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

___

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
|     Victor Manuel Zamora, | ) | Case No. 15-22581-dls7 |
| | ) | |
|     Debtor. | ) | |

### ORDER GRANTING THE DEBTOR'S MOTION TO
### AVOID LIEN PURSUANT TO § 522(f)

    This matter comes on for consideration upon of the Motion to Avoid Lien pursuant to §522(f) filed by the Debtor. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

    The Court, after reviewing the papers and pleadings filed herein, finds that the Debtor filed an application pursuant to §522(f) of the Bankruptcy Code to avoid the judicial lien of Nebraska Furniture Mart, on the Debtor's residence commonly known as: 1225 South 45th Terrace Kansas City, KS 66106. This judicial lien is avoidable under §522(f).

    **IT IS THEREFORE BY THE COURT ORDERED** that the judicial lien of Nebraska Furniture Mart is hereby void and any claim of Nebraska Furniture Mart shall become a fully unsecured claim.

###

Submitted and Approved By:

/s/ Tracy L. Robinson
Tracy L. Robinson  #14423
1125 Grand Boulevard, Suite 1300
Kansas City, MO  64106
Phone:  (816) 842-1317
Fax:     (816) 842-0315
Email: admin@tlrlaw.com
Attorney for the Debtor